# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PASSUT, *et al.* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:19-cv-1606 (RBW) |
| | ) |
| BETSY DEVOS, in her official capacity as | ) |
| U.S. Secretary of Education, *et al.* | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## DECLARATION OF SHARI MECCA

I, Shari Mecca, hereby make the following declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746 and state that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am employed by the United States Department of Education (Department) as one of the Case Managers for Federal Student Aid's (FSA) Multi-Regional and Foreign Schools Participation Division. As a Case Manager, I am responsible for the general oversight of nine large school groups that participate or participated in Higher Education Act Title IV programs and are located in multiple states across the country.

3. Prior to their closure, I was the Case Manager for the institutions operated by Education Corporation of America and its affiliates (ECA), including Virginia College's Richmond campus.

4. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration. The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

1

5. On December 5, 2018, ECA informed the Department that the institution would cease offering educational instruction at the end of that term, and would be closing schools in 18 states. Attached as Exhibit B is an authentic copy of a chart provided by ECA to the Department on December 6, 2018, listing the campuses and expected closure dates. *See* Exhibit B, ECA Campus Closure Dates. As indicated on Exhibit B, ECA informed the Department that the Richmond campus of Virginia College would close on December 18, 2018, at the end of the fall term.

6. My responsibilities for monitoring the closure of ECA schools included ECA's transition into federal receivership, compliance with Title IV regulations, and monitoring the closure process. As part of that role, ECA granted me access to their internal databases, containing, among other things, educational records of ECA students, in order to assist with the closure process, answer students' questions, and research Title IV disbursements. ECA granted this access on December 12, 2018, and it included access to ECA's CampusVue and Broadleaf systems.

7. In early August 2019, through my access to ECA's databases and in connection with the current litigation, I obtained authentic copies of documents concerning Plaintiffs Mark Passut and Mark Kaiser. On August 6, 2019, due to database system issues, Marie Ford, the Assistant Vice President of Student Finance at ECA provided me with authentic copies of the attendance records and activities of Plaintiffs Mark Passut and Mark Kaiser. Included as attachments are authentic copies of relevant documents for both Plaintiffs. For Plaintiff Passut, these documents include: excerpts of attendance records for the academic module beginning October 3, 2018 and ending December 18, 2018 (Exhibit C); excerpts of activity history reports for the same time period (Exhibit D); an

unofficial academic transcript (Exhibit E); and an academic history and advising report (Exhibit F). For Plaintiff Kaiser, these documents likewise include: excerpts of attendance records for the academic module beginning October 3, 2018 and ending December 18, 2018 (Exhibit G); excerpts of activity history reports for the same time period (Exhibit H); an unofficial academic transcript (Exhibit I); and an academic history and advising report (Exhibit J). I understand that all highlights and/or redactions added to these documents were made by counsel for the Department.

8. For Virginia College's Richmond Campus term beginning October 3, 2018 and ending December 18, 2018, data provided to me by ECA in the course of its schools' closure demonstrates that students enrolled at Virginia College-Richmond who completed course requirements did receive credit for that term. In other words, the closure of Virginia College's Richmond Campus did not result in a failure to receive credit for students who met course requirements.

9. As part of my routine duties as a representative of the Department, I accessed the attached educational records from ECA and provided these records to counsel for the Department as necessary in connection with the current litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2019.

*Shari Mecca*
Shari Mecca