# EXHIBIT B

**12/7 Closures:**

1. BW - Arlington
2. BW - Bakersfield
3. BW - Baltimore
4. BW - Beaumont
5. BW - Beltsville
6. BW - Broomall
7. BW - Brownsville
8. BW - Charlotte
9. BW - Chula Vista
10. BW - Corpus Christi
11. BW - Dallas
12. BW - Dayton
13. BW - El Paso
14. BW - Fort Worth
15. BW - Fresno
16. BW – Friendswood
17. BW – Hammond
18. BW – Harrisburg
19. BW – Indianapolis
20. BW - Laredo
21. BW - Las Vegas
22. BW - McAllen
23. BW - Modesto
24. BW - Nashville
25. BW - Palm Springs
26. BW - Philadelphia
27. BW - Philadelphia Mills
28. BW – Pittsburgh
29. BW – Sacramento
30. BW - San Pedro
31. BW - Towson
32. BW - Vista
33. ECO – Denver
34. VC – Biloxi
35. VC – Knoxville
36. VC – Lubbock
37. VC - Shreveport
38. VC – Spartanburg

**12/12 Closures:**

1. VC – Charleston

**12/13 Closures:**

1. BW – Riverside

**12/14 Closures**

1. GAA - Dallas
2. GAA - Myrtle Beach
3. GAA - Orlando
4. GAA - Phoenix
5. GAA - San Diego

**12/18 Closures**

1. VC - Augusta
2. VC - Austin
3. VC - Baton Rouge
4. VC - Birmingham
5. VC - Chattanooga
6. VC - Columbia
7. VC - Columbus
8. VC - Florence
9. VC - Ft. Pierce
10. VC - Greensboro
11. VC - Greenville
12. VC - Huntsville
13. VC - Jackson
14. VC - Jacksonville
15. VC - Macon
16. VC - Mobile
17. VC - Montgomery
18. VC - Pensacola
19. VC - Richmond
20. VC - Savannah

**12/19 Closures:**

1. BW – Ingram

**12/20 Closures:**

1. BW - San Diego

**12/21 Closures:**

1. BW - Los Angeles
2. BW – Houston