UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PASSUT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BESTY DEVOS, in her official capacity as )<br>United States Secretary of Education, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-1606 (RBW) |

**ORDER**

Upon consideration of the Defendants' Motion to Stay Class Certification Proceedings Pending Resolution of Defendants' Rule 12(b) Motion, and for good cause shown, it is hereby

**ORDERED** that the Defendants' Motion to Stay Class Certification Proceedings Pending Resolution of Defendants' Rule 12(b) Motion, ECF No. 25, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks to vacate all deadlines relating to the plaintiffs' motion for class certification pending the resolution of the defendants' motion to dismiss.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that all deadlines relating to the plaintiffs' motion for class certification are **VACATED** pending further order of the Court.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on April 2, 2020, at 2:00 p.m., which shall serve as a target date for the resolution of the pending motion to dismiss.

**SO ORDERED** this 27th day of November, 2019.

REGGIE B. WALTON<br>
United States District Judge