UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PASSUT, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 19-1606 (RBW) <br> ) |
| MIGUEL CARDONA, in his official capacity as United States Secretary of Education,[1] et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss, ECF No. 16, is **GRANTED IN PART AND DENIED AS MOOT IN PART**. The motion is **GRANTED** to the extent that it seeks to dismiss the plaintiffs' Amended Complaint for lack of subject-matter jurisdiction. The motion is **DENIED AS MOOT** in all other respects. It is further

**ORDERED** that the Plaintiffs' Motion for Class Certification and Support Memorandum, ECF No. 22, is **DENIED AS MOOT**. It is further

**ORDERED** that the Amended Complaint is **DISMISSED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 21st day of May, 2021.

REGGIE B. WALTON
United States District Judge

---

[1] Miguel Cardona is the current Secretary of the United States Department of Education, and he is therefore substituted for Betsy DeVos as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).